UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Historic Investment Fund 2022 LLC,<br><br>        Plaintiff,<br>v.<br><br>United States of America, *et al.*,<br><br>        Defendants. | Case No. 1:22-CV-002061<br><br>**Judge David A. Ruiz**<br><br>Complaint filed November 15, 2022 |
| --- | --- |
| Historic Investment Fund 2022 (QP) LLC,<br><br>        Plaintiff,<br>v.<br><br>United States of America, *et al.*,<br><br>        Defendants. | Case No. 1:22-CV-002062<br><br>**Judge David A. Ruiz**<br><br>Complaint filed November 15, 2022 |
| HGBX Fund Investment 2022 LLC,<br><br>        Plaintiff,<br>v.<br><br>United States of America, *et al.*,<br><br>        Defendants. | Case No. 1:22-CV-002063<br><br>**Judge David A. Ruiz**<br><br>Complaint filed November 15, 2022 |
| Dev X, LLC,<br><br>        Plaintiff,<br>v.<br><br>United States of America, *et al.*,<br><br>        Defendants. | Case No. 1:22-CV-002068<br><br>**Judge David A. Ruiz**<br><br>Complaint filed November 16, 2022 |
| GBX Fund Management, Ltd.,<br><br>        Plaintiff,<br>v.<br><br>United States of America, *et al.*,<br><br>        Defendants. | Case No. 1:22-CV-002069<br><br>**Judge David A. Ruiz**<br><br>Complaint filed November 16, 2022 |

1

## ORDER OF CONSOLIDATION

Now pending are Defendant United States of America's unopposed motions to consolidate the following cases pursuant to Fed. R. Civ. P. 42(a)(2):  Case No. 1:22-cv-02061, Case No. 1:22-cv-02062, Case No. 1:22-cv-02063, Case No. 1:22-cv-02068, and Case No. 1:22-cv-02069, because these cases concern common questions of law and fact. Having considered these unopposed motions, and in the interest of judicial economy and the convenience of the Court and the parties, the Court hereby orders that Case No. 1:22-cv-02061, Case No. 1:22-cv-02062, Case No. 1:22-cv-02063, Case No. 1:22-cv-02068, and Case No. 1:22-cv-02069, shall be consolidated pursuant to Rule 42(a) and shall henceforth be administered jointly. The earliest filed action, Case No. 1:22-cv-02061, shall be designated the Lead Case and all future filings shall be made in that case.

IT IS SO ORDERED.


Date:   April 4, 2023                          /s/*David A. Ruiz*
                                               David A. Ruiz
                                               United States District Judge